# **CERTIFICATION**

RE: Juan M. Flores
      B50218
      18-1127-SMY

    I, _____, hereby certify that
        (Name and Title of Authorized Officer - please print)

Juan M. Flores currently has the sum of $_____ on account at Shawnee Correctional Center.

                                                                                                            _____
                                                                                                            Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PS-17
Rev. 5/18