# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN M. FLORES, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 18-CV-1127-SMY-RJD |
| TAMMY PITTAYATHIKAN, ALFONSO DAVID, TERRY BEEGLE, and CASEY FREEMAN, | ) ) ) ) ) |
|       Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 46), recommending that this matter be dismissed for failure to prosecute. No objections to the Report have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has failed to prosecute this action by failing to appear at a scheduled hearing and failing to respond to an Order to Show Cause. The Court finds no clear error with Judge Daly's findings, analysis or

conclusions, and accordingly adopts her Report in its entirety.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: April 4, 2019**

**STACI M. YANDLE**
**United States District Judge**